SOUTHERN BUILDING & LOAN ASS'N v. CAREY et al. (Circuit Court of Appeals, Sixth Circuit. March 19, 1904.) No. 1,268. Appeal from the

Circuit Court of the United States for the Western District of Tennessee. Thomas M. Scruggs, for appellant. Thomas W. Brown, for appellee. No opinion. Affirmed, with costs. 117 Fed. 325.